924

No. 10–5474. CORBIN *v.* WHEELER, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 10–5475. SANDERS *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 10–5476. SPEARMAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–5477. WILLIAMSON *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 10–5478. RODRIGUEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–5480. BARTAKIAN *v.* CLARK COUNTY, NEVADA, ET AL. Sup. Ct. Nev. Certiorari denied.

No. 10–5481. BLUE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 10–5483. MORACE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–5484. WHITE *v.* GUZMAN ET AL. Sup. Ct. Ohio. Certiorari denied.

No. 10–5485. MEREDITH *v.* FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 10–5486. REBARDI *v.* CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 10–5487. SULLIVAN *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 10–5488. OLIVO-RODRIGUEZ *v.* HOLDER, ATTORNEY GENERAL. C. A. 2d Cir. Certiorari denied.

No. 10–5489. MEHTA *v.* COURT OF APPEAL OF CALIFORNIA, THIRD APPELLATE DISTRICT, ET AL. Sup. Ct. Cal. Certiorari denied.